# ROBERT MARINELLI

ATTORNEY AT LAW
305 BROADWAY, 9ᵀᴴ FLOOR
NEW YORK, NEW YORK 10007
(212) 822–1427

December 15, 2014

**BY ECF**

The Honorable Joan M. Azrack
United States Courthouse
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re: *Cooper v. Dieugenia et als.,* 14 Civ. 6136 (PKC)(JMA)

Your Honor:

      I represent the plaintiff in this civil rights matter. I am writing to request that the initial conference currently scheduled for December 16, 2014 at 3:00 p.m. be adjourned. This adjournment is required because, due to an administrative oversight, plaintiff has not properly served defendant Dieugenia. Plaintiff anticipates that service will be complete by Wednesday December 17, 2014.

      I apologize to the Court for the late hour of this request and plaintiff's delay in effectuating service. I ask that this conference be adjourned to a date that is convenient to the Court.

                                                        Respectfully,

                                                         /ss/

                                                     Robert Marinelli