ROANNE L. MANN            DATE: May 7, 2015
UNITED STATES MAGISTRATE JUDGE     START: 12:15 p.m.
                                                               END: 12:30 pm

DOCKET NO: 14-CV-6136 (PKC)
CASE: Cooper v. Dieugenia, et al.

☑ INITIAL CONFERENCE            ☐ OTHER/ORDER TO SHOW CAUSE
☐ DISCOVERY CONFERENCE        ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE       ☐ TELEPHONE CONFERENCE
☐ MOTION HEARING                  ☐ INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Robert Marinelli |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Pernell Telfort |
|  |  |
|  |  |

☑ FACT DISCOVERY TO BE COMPLETED BY October 9, 2015
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____ DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures shall be served by May 13, 2015.

Pleadings may be amended and new parties added until July 31, 2015.

Requests for a premotion conference are due by October 16, 2015.

The parties will attempt to settle the case on their own and will file a status report by June 15, 2015.