# R O B E R T   M A R I N E L L I
### A T T O R N E Y   A T   L A W
### 3 0 5   B R O A D W A Y ,   S U I T E   9 0 0
### N E W   Y O R K ,   N E W   Y O R K   1 0 0 0 7
### ( 2 1 2 )   8 2 2 – 1 4 2 7

June 19, 2015

**BY ECF**
The Honorable Roanne L. Mann
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

    Re:  *Cooper v. Dieugenia,* 14 Civ. 6136 (PKC)(RLM)

Your Honor:

    I represent the plaintiff in this civil rights matter. I write, jointly with defense counsel, pursuant to Your Honor's Order dated May 7, 2014 requesting a status update. This letter was ordered to be filed yesterday. Counsels apologize for the tardiness of this submission.

    The parties have exchanged paper discovery and plaintiff has made a settlement demand. The City is awaiting the arrival of medical records before making a response.

    The parties request permission to update Your Honor again in three weeks and are hopeful that they will reach a resolution.

                                              Respectfully,

                                              /ss/

                                              Robert Marinelli