# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 900
NEW YORK, NEW YORK 10007
(212) 822-1427

July 12, 2015

**BY ECF**
The Honorable Roanne L. Mann
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

    Re: *Cooper v. Dieugenia,* 14 Civ. 6136 (PKC)(RLM)

Your Honor:

    I represent the plaintiff in this civil rights matter. I write, jointly with defense counsel, pursuant to Your Honor's Order dated June 19, 2014 requesting a status update. This letter was ordered to be filed Friday. Counsels apologize for the tardiness of this submission.

    Defendants have provided plaintiff with the Civilian Complaint Review Board file and the parties are actively discussing settlement. The parties are hopeful that this matter will be resolved within thirty days. If it is not settled, depositions will commence.

                                                    Respectfully,

                                                    /ss/

                                                   Robert Marinelli