# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 900
NEW YORK, NEW YORK 10007
(212) 822-1427

September 14, 2015

**BY ECF**
The Honorable Roanne L. Mann
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

  Re: *Cooper v. Dieugenia,* 14 Civ. 6136 (PKC)(RLM)

Your Honor:

  I represent the plaintiff in this civil rights matter. I write, jointly with defense counsel, pursuant to Your Honor's Order dated August 18, 2015 requesting a status update.

  Paper discovery is largely complete and the parties continue to engage in settlement negotiations. The deposition of the plaintiff and one of the defendants is scheduled for next week. The parties anticipate completing all depositions by the end of September.

  If the parties come to a resolution before the end of discovery, the parties will promptly notify the Court and file a stipulation of dismissal.

  I thank the Court for its time and consideration.

                Respectfully,

                /ss/

                Robert Marinelli

cc:  Pernell Telfort, Esq., by ECF