ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Dec. 9, 2015
START: 9:30 a.m.
END: 10:00 a.m.

DOCKET NO: 14-CV-6136 (PKC)
CASE: Cooper v. Dieugenia, et al.

☐ INITIAL CONFERENCE  
☐ DISCOVERY CONFERENCE  
☐ SETTLEMENT CONFERENCE  
☐ MOTION HEARING  
☒ OTHER/ORDER TO SHOW CAUSE  
☐ FINAL/PRETRIAL CONFERENCE  
☐ TELEPHONE CONFERENCE  
☐ INFANT COMPROMISE HEARING  

| PLAINTIFF | ATTORNEY |
|---|---|
| | Robert Marinelli |
| | |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Pernell Telfort |
| | Okwede Okoh (incoming counsel) |
| | Kimberly Joyce (Supervisor) |

☐ _____ DISCOVERY TO BE COMPLETED BY _____  
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____  
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
☐ PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____  

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Counsel of record are admonished for ignoring the Court's discovery and other deadlines. Although discovery closed on October 30, 2015, one defendant has not yet been deposed. He is directed to appear for his deposition on December 17, 2015 or on another mutually convenient date next week. Requests for a premotion conference are due by December 31, 2015. The Court will not impose sanctions at this time.