

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | OKWEDE N. OKOH<br>Assistant Corporation Counsel<br>phone: (212) 356-3271<br>fax: (212) 356-3509<br>email: ookoh@law.nyc.gov |

February 23, 2016

BY ECF
Honorable Judge Roanne L. Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Natifah Cooper v. City of New York, et al., 14 CV 6136 (PKC)(RLM)

Dear Judge Mann:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced case on behalf of Defendant City of New York.  Defendants write respectfully to request the settlement conference scheduled for February 26, 2016 at 11:30 a.m. be adjourned to the following week.  Plaintiff's counsel consents to this request.

    This reason for this request is that defense counsel is not available on that date as I will be out of the country until March 1, 2016.  Thank Your Honor for your attention to this matter.

Respectfully submitted,

/s/

Okwede Okoh
Assistant Corporation Counsel
Special Federal Litigation Division

BY ECF
Robert Marinelli, Esq.