# ROBERT MARINELLI
### ATTORNEY AT LAW
### 305 BROADWAY, SUITE 1001
### NEW YORK, NEW YORK 10007
### (212) 822-1427

May 4, 2016

**BY ECF**

The Honorable Pamela K. Chen
United States Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

    Re:  *Cooper v. Dieugenia,* 14 Civ. 6136 (PKC)(RLM)

Your Honor:

    I represent the plaintiff in this civil rights matter.  I write, pursuant to Your Honor's Order dated April 26, 2016 Order to inform the Court which claims plaintiff will withdraw. Plaintiff apologizes for submitting this letter a day late.

    Plaintiff will withdraw her false arrest, unreasonable force, first amendment retaliation and denial of a right to fair trial claims against defendant Pasynkov.

                                             Respectfully,

                                             /ss/

                                           Robert Marinelli