**Robert Marinelli**
ATTORNEY AT LAW
305 BROADWAY, Suite 1001
NEW YORK, NEW YORK 10007
Tele: (212) 822-1427
Facsimile: (212) 202-9646

August 14, 2017

BY ECF
Honorable Pamela K. Chen
United State District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N. Y. 11201

      Re:    Cooper v. Dieugenia et al., 14 CV 6136 (PKC)(RLM)

Your Honor:

      I represent Plaintiff in this matter.

      I write, with consent of defendants, to request until August 21, 2017 to submit plaintiff's response to defendant's motions *in limine*.

      This extension is required because I was on trial in Kings County Supreme Court in the matter of Grishayeva v. City of New York, 502869/2013 through August 11. This trial is lasting longer than expected.[1]

      The parties are scheduled to submit their pre-trial documents by September 18. This extension should not change this deadline. I apologize for submitting this request on the date this response is due.

                                      Respectfully submitted,

                                      /s

                                    Robert Marinelli

cc:    ACC Evan Brustein

---

[1] The trial is not completed and is scheduled to continue on September 5.