UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NATIFAH COOPER,

        Plaintiff,

    v.

Police Officer PAUL DIEUGENIA, Shield No. 13223,

        Defendant.

------------------------------------------------------------------x

**VERDICT SHEET**
14-CV-6136 (PKC)

### False Arrest

1. Has Plaintiff Natifah Cooper proven by a preponderance of the evidence that she was falsely arrested on April 17, 2013, by Defendant Paul Dieugenia?

        YES _____   NO __X__

IF YOU ANSWERED "YES" ABOVE, PLEASE PROCEED TO QUESTION 2. OTHERWISE, PLEASE PROCEED TO QUESTION 3 ON THE NEXT PAGE.

### Unlawful Stop and Search

2. Has Plaintiff Natifah Cooper proven by a preponderance of the evidence that Defendant Paul Dieugenia subjected Plaintiff to an unlawful stop and search?

        YES _____   NO _____

**(Continue to the next page)**



## Excessive Force

3. Has Plaintiff Natifah Cooper proven by a preponderance of the evidence that Defendant Paul Dieugenia subjected Plaintiff to excessive force on April 17, 2013?

    YES __X__   NO _____

IF YOU ANSWERED "NO" TO QUESTIONS 1 *AND* 3, YOUR DELIBERATIONS ARE DONE. PLEASE HAVE THE FOREPERSON SIGN AND DATE THE VERDICT SHEET AND RETURN IT TO THE MARSHAL. OTHERWISE CONTINUE TO QUESTIONS UNDER "DAMAGES"

## Damages

4. Compensatory Damages: Has Plaintiff proven by a preponderance of the evidence that she is entitled to compensatory damages against Defendant Paul Dieugenia?

    YES __X__   NO _____

    A. If "Yes," please state the amount of damages to which Plaintiff has proven by a preponderance of the evidence she is entitled:

        $ __30,000__

    B. If "No," you must award some nominal or token amount not to exceed the sum of one dollar:

        $ _____

    PLEASE PROCEED TO QUESTION 5.

5. Punitive Damages: Has Plaintiff proven by a preponderance of the evidence that she is entitled to punitive damages against Defendant Paul Dieugenia:

    YES _____   NO __X__

    A. If "Yes," please state the amount of punitive damages to which Plaintiff has proven by a preponderance of the evidence she is entitled:

        $ _____

YOUR DELIBERATIONS ARE COMPLETE. PLEASE HAVE THE FOREPERSON SIGN AND DATE THE VERDICT SHEET AND RETURN IT TO THE MARSHAL.

Dated: __10/4__, 2017

_____
FOREPERSON