

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**EVAN BRUSTEIN**
*Senior Counsel*
Tel.: (212) 356-2651
Fax: (212) 356-3509
ebrustei@law.nyc.gov

October 6, 2017

**BY ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Natifah Cooper v. P.O. Paul Dieugenia, et al.</u>, 14 CV 6136 (PKC) (RLM)

Your Honor:

      I am a Senior Counsel in the New York City Law Department, assigned to represent the defendants in the above-referenced matter. I write, with the consent of plaintiff's counsel, Robert Marinelli, Esq., to respectfully request that the Court delay entering judgment in this matter from October 12, 2017 until October 19, 2017 so that the parties can attempt to resolve this matter with a global settlement.

      Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s

Evan Brustein

cc:    **BY ECF**
      Robert Marinelli, Esq.