AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 26 2017 ★
BROOKLYN OFFICE

| NATIFAH COOPER | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 1:14-cv-06136-PKC |
| SERGEANT PAUL DiEUGENIA, Shield No. 13223 | ) |
| Defendant | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: A jury verdict having been rendered in favor of Plaintiff, the Court orders that Natifah Cooper recover from Defendant, Sergeant Paul DiEugenia, a total of $30,000. Accrual of interest shall be stayed pending the Court's ruling of the Defendant's 50/59 motions. Each party shall bear their respective costs.

This action was *(check one)*:

☑ tried by a jury with Judge  Pamela K. Chen  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 10/19/2017

CLERK OF COURT

F. Abdallah

Signature of Clerk or Deputy Clerk