# ROBERT MARINELLI
### ATTORNEY AT LAW
### 305 BROADWAY, 14TH FLOOR
### NEW YORK, NEW YORK 10007
### (212) 822-1427
### Facsimile (212) 202-9646

November 12, 2017

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Natifah Cooper v. City of New York, et al.*, 14-cv-6136 (PKC)(RLM)

Your Honor:

    I am the attorney for plaintiff in the above-referenced action. Plaintiff respectfully requests an extension of time to submit her motion for fees until after motion practice is complete. I requested defendant's position on this request on November 8, but have not received a response.

                                               Respectfully submitted,

                                               /s/

                                               Robert Marinelli

cc:    ACCs Evan Brustein, Ashley Garman