UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
Natifah Cooper,

                              Plaintiff,


         -against-                                      14-CV-6136 (PKC)


Police Officer Paul Dieugenia

                              Defendant.
--------------------------------------------------------------------X

## NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law and accompanying declarations of Robert Marinelli, Julienne Drei Munar, and Ryan Lozar, the exhibits annexed thereto, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be selected by the Court, for an order granting Plaintiff's Motion for at Attorneys' Fees and Costs.

DATED: New York, New York
December 26, 2017

                                              **/s**
                                      ROBERT MARINELLI, ESQ.
                                      305 Broadway, Suite 1001
                                      New York, New York 10007
                                      (212) 822-1427
                                      robmarinelli@gmail.com