**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Robert Marinelli Esq<br>Robert Marinelli, Esq.<br>305 Broadway<br>10th Floor<br>New York, NY, 10007 | **Invoice #:** NY2468839<br>**Invoice Date:** 11/6/2015<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Cooper Natifah v. City Of New York |
| **Job #:** | 2170512 | Job Date: 10/23/2015 | Delivery: Normal |
| **Billing Atty:** | Robert Marinelli Esq |
| **Location:** | Robert Marinelli, Esq.<br>305 Broadway, 9th Floor | New York, NY 10007 |
| **Sched Atty:** | | Robert Marinelli, Esq. |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Aleksandr Pasynkov | Original with 1 Certified Transcript | Page | 68.00 | $4.50 | $306.00 |
| | Litigation Package | 1 | 1.00 | $42.00 | $42.00 |
| | Attendance Fee | 1 | 1.00 | $40.00 | $40.00 |
| | Shipping & Handling | Package | 1.00 | $29.50 | $29.50 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $417.50 |
| **Payment:** | ($417.50) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

41484

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY2468839 |
| **Job #:** | 2170512 |
| **Invoice Date:** | 11/6/2015 |
| **Balance:** | $0.00 |

**Veritext Corp**
**New York Region**

330 Old Country Rd., Suite 300
Mineola NY 11501
Tel. (516) 608-2400 Fax. (516) 608-2450
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Bill To:** Ryan Lozar, Esq.<br>Robert Marinelli, Esq.<br>305 Broadway<br>10th Floor<br>New York, NY, 10007 | **Invoice #:** NY2518248<br>**Invoice Date:** 1/4/2016<br>**Balance Due:** $0.00 |

| | |
|---|---|
| **Case:** | Cooper Natifah v. City Of New York |
| **Job #:** | 2205252 \| Job Date: 12/18/2015 \| Delivery: Normal |
| **Billing Atty:** | Ryan Lozar, Esq. |
| **Location:** | Robert Marinelli, Esq. |
| | 305 Broadway \| 7th Fl \| New York, NY 10007 |
| **Sched Atty:** | Robert Marinelli Esq \| Robert Marinelli, Esq. |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Paul DiEugenia | Original with 1 Certified Transcript | Page | 63.00 | $4.50 | $283.50 |
| | Litigation Package | 1 | 1.00 | $42.00 | $42.00 |
| | Attendance Fee | 1 | 1.00 | $40.00 | $40.00 |
| | Shipping & Handling | Package | 1.00 | $37.27 | $37.27 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $402.77 |
| **Payment:** | ($402.77) |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | NY2518248 |
| **Job #:** | 2205252 |
| **Invoice Date:** | 1/4/2016 |
| **Balance:** | $0.00 |

41484

 Gmail

Robert Marinelli <robmarinelli@gmail.com>

## Activity in Case 1:14-cv-06136 Cooper v. Dieugenia et al Complaint
1 message

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>  Mon, Oct 20, 2014 at 3:27 PM
To: nobody@nyed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered by Marinelli, Robert on 10/20/2014 at 3:27 PM EDT and filed on 10/20/2014
**Case Name:**     Cooper v. Dieugenia et al
**Case Number:**   1:14-cv-06136
**Filer:**         Natifah Cooper
**Document Number:** 1
**Judge(s) Assigned:** The Court will contact you shortly on the Judge Assignment.

Docket Text:
**COMPLAINT against Paul Dieugenia, John Doe 1 - 10 filing fee $ 400, receipt number 0207-7276364 Was the Disclosure Statement on Civil Cover Sheet completed -no,, filed by Natifah Cooper. (Attachments: # (1) Civil Cover Sheet, # (2) Proposed Summons) (Marinelli, Robert)**


**1:14-cv-06136 Notice has been electronically mailed to:**

Robert Marinelli &nbsp &nbsp robmarinelli@gmail.com

**1:14-cv-06136 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=10/20/2014] [FileNumber=9172227-0]