**LAW OFFICE OF ROBERT MARINELLI**
**305 BROADWAY, 10th Floor**
**NEW YORK, NY 10007**

**Time Records for Natifah Cooper v. City of New York et als., 14-CV-6136**

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/24/13 | telephone call with client | 0.3 | 425 | 127.50 |
| 4/29/13 | telephone call with client | 0.4 | 425 | 170.00 |
| 5/28/13 | Meeting with client | 1.4 | 425 | 595.00 |
| 6/1/13 | Meeting with witnesses | 1 | 425 | 425.00 |
| 7/25/13 | telephone call with client | 0.3 | 425 | 127.50 |
| 9/26/13 | prepare releases and retainer | 0.4 | 425 | 170.00 |
| 9/26/13 | Meeting with Client | 1.2 | 425 | 510.00 |
| 11/14/13 | telephone call with client | 0.2 | 425 | 85.00 |
| 1/22/14 | telephone call with client | 0.2 | 425 | 85.00 |
| 3/26/14 | telephone call with client | 0.2 | 425 | 85.00 |
| 4/10/14 | telephone call with client | 0.3 | 425 | 127.50 |
| 7/2/14 | Meeting with client | 1.2 | 425 | 510.00 |
| 10/19/14 | Prepare complaint | 2.1 | 425 | 892.50 |
| 10/20/14 | prepare summonses and civil cover page | 0.4 | 425 | 170.00 |
| 10/20/14 | File Summons and Complaint | 0.3 | 425 | 127.50 |
| 12/1/14 | Prepare initial disclosures and DRIs | 1.9 | 425 | 807.50 |
| 12/4/14 | Phone w/client | 0.1 | 425 | 42.50 |
| 12/4/14 | Phone w/defense counsel | 0.1 | 425 | 42.50 |
| 12/7/14 | phone w/client | 0.3 | 425 | 127.50 |
| 12/10/14 | Review File, take notes | 1.3 | 425 | 552.50 |
| 12/15/14 | Letter to Court | 0.4 | 425 | 170.00 |
| 2/6/15 | email exchang w/defense counsel | 0.2 | 425 | 85.00 |
| 3/6/15 | email to defense counsel | 0.2 | 425 | 85.00 |
| 5/7/15 | Review File in Preparation for Initial Conference | 0.3 | 425 | 127.50 |
| 5/7/15 | Travel to Initial Conference | 0.5 | 212.5 | 106.25 |
| 5/7/15 | Appear at initial conference | 1 | 425 | 425.00 |
| 5/7/15 | Return from Initial Conference | 0.5 | 212.5 | 106.25 |
| 5/7/15 | review Court Order | 0.2 | 425 | 85.00 |
| 5/8/15 | telephone call with client | 0.3 | 425 | 127.50 |
| 5/15/15 | email exchange w/defense counsel | 0.4 | 425 | 170.00 |
| 6/5/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 6/7/16 | Phone with witness | 0.4 | 425 | 170.00 |
| 6/17/15 | email exchang with defense counsel | 0.2 | 425 | 85.00 |
| 6/18/15 | email exchange with defense counsel | 0.2 | 425 | 85.00 |
| 6/18/15 | Phone w/defense counsel | 0.2 | 425 | 85.00 |
| 6/18/15 | Phone with client | 0.3 | 425 | 127.50 |
| 6/18/17 | Review File in Preparation for Discovery Responses | 1.4 | 425 | 595.00 |
| 6/18/15 | Prepare discovery responses | 1.9 | 425 | 807.50 |
| 6/19/15 | Joint letter to Court | 0.5 | 425 | 212.50 |
| 6/23/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 7/2/15 | email to defense counsel | 0.1 | 425 | 42.50 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/6/15 | email exchange with defense counsel | 0.2 | 425 | 85.00 |
| 7/12/15 | Joint letter with Court | 0.1 | 425 | 42.50 |
| 7/15/15 | email to defense counsel | 0.3 | 425 | 127.50 |
| 7/16/15 | Prepare amended complaint | 1.3 | 425 | 552.50 |
| 7/29/15 | email to defense counsel | 0.2 | 425 | 85.00 |
| 8/5/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 8/14/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 8/17/15 | email exchange with defense counsel | 0.2 | 425 | 85.00 |
| 8/18/15 | Review status letter by defense counsel | 0.1 | 425 | 42.50 |
| 9/14/15 | Status letter to Court | 0.5 | 425 | 212.50 |
| 9/23/15 | email exchange with defense counsel | 0.2 | 425 | 85.00 |
| 9/23/15 | phone with defense counsel | 0.2 | 425 | 85.00 |
| 9/25/15 | email to defense counsel | 0.2 | 425 | 85.00 |
| 9/29/15 | Phone w/client | 0.3 | 425 | 127.50 |
| 9/30/15 | prepare notices of deposition | 0.4 | 425 | 170.00 |
| 10/1/15 | Review discovery and prepare deficiancy letter | 3.6 | 425 | 1,530.00 |
| 10/1/15 | emails to defense counsel | 0.2 | 425 | 85.00 |
| 10/5/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 10/6/15 | review motion for extension | 0.2 | 425 | 85.00 |
| 10/16/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 10/19/15 | email exchange with defense counsel | 0.2 | 425 | 85.00 |
| 10/21/15 | email exchange with defense counsel | 0.3 | 425 | 127.50 |
| 10/22/15 | Prep plaintiff for deposition | 2 | 425 | 850.00 |
| 10/23/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 10/23/15 | Attend Plaintiff's deposition | 1.5 | 425 | 637.50 |
| 10/23/15 | Pasynkov's Deposition | 1.4 | 425 | 595.00 |
| 12/1/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 12/4/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 12/4/15 | review Court Order for hearing and Order to show cause | 0.2 | 425 | 85.00 |
| 12/4/15 | Research possibility of sanctions against defense counsel, review other case | 2.3 | 425 | 977.50 |
| 12/4/15 | email to defense counsel | 0.1 | 425 | 42.50 |
| 12/4/15 | telephone w/ACC | 0.2 | 425 | 85.00 |
| 12/6/15 | meeting with ACC | 0.7 | 425 | 297.50 |
| 12/7/15 | telephone call with ACC | 0.1 | 425 | 42.50 |
| 12/8/15 | Meeting with ACC | 1.1 | 425 | 467.50 |
| 12/9/15 | Court appearance -OTSC | 1 | 425 | 425.00 |
| 12/14/15 | email exchange with acc | 0.2 | 425 | 85.00 |
| 12/15/15 | Dieugenia prep w/RL | 2.4 | 425 | 1,020.00 |
| 12/16/15 | email exchange w/acc | 0.3 | 425 | 127.50 |
| 12/17/15 | email exchange w/acc | 0.3 | 425 | 127.50 |
| 12/16/15 | Prep for Dieugenia deposition with RL | 2.1 | 425 | 892.50 |
| 12/18/15 | Dieugenia deposition | 1.5 | 425 | 637.50 |
| 1/7/16 | review plaintiff's deposition | 2.4 | 425 | 1,020.00 |
| 1/9/16 | Meet with plaintiff | 1.1 | 425 | 467.50 |
| 2/16/16 | email to acc | 0.1 | 425 | 42.50 |
| 2/17/16 | Review Ds letter for a pre-motion conference | 0.6 | 425 | 255.00 |
| 2/6/16 | email to ACC | 0.1 | 425 | 42.50 |
| 2/18/16 | Review Court order for a settlement conference | 0.1 | 425 | 42.50 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/23/16 | phone conversation with ACC | 0.1 | 425 | 42.50 |
| 2/24/16 | review court order granting adjounment | 0.1 | 425 | 42.50 |
| 3/3/16 | Attend Settlement conference | 1 | 425 | 425.00 |
| 3/11/16 | phone w/Court re: settlement offer and review court order | 0.3 | 425 | 127.50 |
| 3/15/16 | Research and write Plaintiff's response to Ds pre-motion conference reques | 3.1 | 425 | 1,317.50 |
| 3/16/16 | email to ACC | 0.1 | 425 | 42.50 |
| 3/17/16 | email exchange w/acc | 0.3 | 425 | 127.50 |
| 3/23/16 | email exchange w/ ACC | 0.3 | 425 | 127.50 |
| 3/23/16 | Review Ds request for adjournment | 0.2 | 425 | 85.00 |
| 3/23/16 | email exchange w/acc | 0.4 | 425 | 170.00 |
| 3/24/16 | Review Ds answer to amended complaint | 0.4 | 425 | 170.00 |
| 3/30/17 | email to ACC | 0.1 | 425 | 42.50 |
| 4/1/16 | Review Ds motion to adjourn conference | 0.2 | 425 | 85.00 |
| 4/4/16 | Review Court Order | 0.1 | 425 | 42.50 |
| 4/25/16 | Prepare for pre-motion conference | 1.2 | 425 | 510.00 |
| 4/26/16 | Travel to and from conference | 1 | 212.5 | 212.50 |
| 4/26/16 | Attend pre-motion Conference | 0.5 | 425 | 212.50 |
| 5/4/16 | Letter to Court | 0.6 | 425 | 255.00 |
| 5/16/16 | Review Ds letter to Court | 0.2 | 425 | 85.00 |
| 6/7/17 | Meet with DM about case | 1 | 425 | 425.00 |
| 6/9/16 | Review and edit DMs draft, research Ds Motion for SJ, Rule 56.1 statement, | 5.8 | 425 | 2,465.00 |
| 6/10/16 | Shepardize Ds Cases, edit motion | 3.1 | 425 | 1,317.50 |
| 6/11/16 | Legal research for opposition to Ds motion for summayr judgment, Edit DM | 2.1 | 425 | 892.50 |
| 6/12/16 | Meet with DM re: motion | 1.2 | 425 | 510.00 |
| 6/12/16 | Review and annotate depostion testimony and record for motion | 4.1 | 425 | 1,742.50 |
| 6/14/16 | Meet w/DM re: motion | 0.5 | 425 | 212.50 |
| 6/14/16 | Review and edit DMs 56.1 statement and memorandum | 6.1 | 425 | 2,592.50 |
| 6/15/16 | Continue and edit 56.1 and memorandum | 7.6 | 425 | 3,230.00 |
| 6/18/16 | Meet w/DM re: case | 0.5 | 425 | 212.50 |
| 6/19/16 | Complete 56.1. memorandum and motion, adit and revise | 4.8 | 425 | 2,040.00 |
| 6/19/16 | Meet w/DM re: motion | 0.5 | 425 | 212.50 |
| 6/20/16 | Edit all portions of MSJ, check research, shepardize cases | 6.6 | 425 | 2,805.00 |
| 6/29/16 | Review Ds reply to Ps response | 1.4 | 425 | 595.00 |
| 9/11/16 | Phone with client | 0.2 | 425 | 85.00 |
| 11/14/16 | Phone with client | 0.3 | 425 | 127.50 |
| 2/28/17 | Review Court's decision on SJ | 1.6 | 425 | 680.00 |
| 3/3/17 | Conversation with client | 0.4 | 425 | 170.00 |
| 3/13/17 | email exchange with acc | 0.4 | 425 | 170.00 |
| 3/30/17 | email to acc | 0.1 | 425 | 42.50 |
| 4/1/17 | Review and edit DMs JPTO | 1.9 | 425 | 807.50 |
| 4/4/17 | email exchange with ACC/call with plaintiff | 0.1 | 425 | 42.50 |
| 4/12/17 | email from ACC | 0.1 | 425 | 42.50 |
| 4/12/17 | email exchange with ACC | 0.2 | 425 | 85.00 |
| 4/18/17 | email to ACC | 0.1 | 425 | 42.50 |
| 5/2/17 | Prepare for Pretrial Conference, review file, police documents | 3.8 | 425 | 1,615.00 |
| 5/3/17 | Phone with client and witnesses | 0.7 | 425 | 297.50 |
| 5/4/17 | Travel to Court | 0.5 | 212.5 | 106.25 |
| 5/4/17 | Pretrial Conference | 1.2 | 425 | 510.00 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/4/17 | Travel back from Court | 0.5 | 212.5 | 106.25 |
| 5/4/17 | Phone w/client | 0.5 | 425 | 212.50 |
| 5/16/17 | Letter to Court | 0.4 | 425 | 170.00 |
| 5/18/17 | Review Deopsitions of Defendants, annotate | 2.1 | 425 | 892.50 |
| 5/25/17 | Letter to Court | 0.3 | 425 | 127.50 |
| 6/20/17 | Letter to Court | 0.3 | 425 | 127.50 |
| 8/9/17 | Review Ds Motions in Limine, Notice of Motion, take notes, Shepardize case | 5.1 | 425 | 2,167.50 |
| 8/13/17 | Research Cases for Response | 3.4 | 425 | 1,445.00 |
| 8/14/17 | Letter to Court | 0.4 | 425 | 170.00 |
| 8/15/17 | Reply to MIL | 4.2 | 425 | 1,785.00 |
| 8/21/17 | Research cases, Reply to MIL, Edit, check | 4.6 | 425 | 1,955.00 |
| 9/8/17 | Email exchange w/ACC | 0.4 | 425 | 170.00 |
| 9/12/17 | Email exchange w/ACC | 0.3 | 425 | 127.50 |
| 9/13/17 | Review Court Order MIL, shepardize cases | 1.3 | 425 | 552.50 |
| 9/14/17 | Review Defendants' Proposed Jury Charge | 5.1 | 425 | 2,167.50 |
| 9/15/17 | Research Proposed Jury Charge, Research Ds JC | 4.2 | 425 | 1,785.00 |
| 9/15/17 | Prepare Plaintiff's proposed Jury Charge | 5.2 | 425 | 2,210.00 |
| 9/16/17 | review depositions Plainitff, Dieugenia | 6.1 | 425 | 2,592.50 |
| 9/18/17 | Review Joint Proposed Jur Charge | 2.8 | 425 | 1,190.00 |
| 9/18/17 | Research and compile Proposed Voir Dire | 3.9 | 425 | 1,657.50 |
| 9/19/17 | Review Natifah's Deposition | 4.2 | 425 | 1,785.00 |
| 9/19/17 | Telephone call with Natifah | 0.4 | 425 | 170.00 |
| 9/19/17 | Review Ds Proposed Voir Dire | 1.1 | 425 | 467.50 |
| 9/19/17 | Prepare So Ordered Subpoena for Medical Records | 0.6 | 425 | 255.00 |
| 9/20/17 | Email exchange w/ACCs | 0.9 | 425 | 382.50 |
| 9/20/17 | Phone w/ ACC | 0.2 | 425 | 85.00 |
| 9/20/17 | Letter to Court Re: Medical Records | 2.6 | 425 | 1,105.00 |
| 9/20/17 | Review Plaintiff's deposition, annotate | 2.2 | 425 | 935.00 |
| 9/21/17 | Review depositions, prepare for cross Dieugenia | 6.6 | 425 | 2,805.00 |
| 9/21/17 | Review Depositions, Strategize | 1.9 | 425 | 807.50 |
| 9/22/17 | review deposition, prepare for cross- Pasynkov | 6.9 | 425 | 2,932.50 |
| 9/22/17 | Review Discovery responses | 2.3 | 425 | 977.50 |
| 9/23/17 | Take notes for opening, closing contents, strategize | 3.2 | 425 | 1,360.00 |
| 9/23/17 | Pacer searches for Officer witnesses, google searches etc. | 1.1 | 425 | 467.50 |
| 9/23/17 | Phone with client | 0.5 | 425 | 212.50 |
| 9/24/17 | Review Court Decisions, Paperwork and Depositions in Preparation for conf | 2.4 | 425 | 1,020.00 |
| 9/25/17 | Travel to Court | 0.5 | 425 | 212.50 |
| 9/25/17 | Attend Court Conference | 1.5 | 425 | 637.50 |
| 9/25/17 | Travel back from Court | 0.5 | 425 | 212.50 |
| 9/25/17 | Trial preparation | 2.6 | 425 | 1,105.00 |
| 9/25/17 | Review email from ACC | 0.2 | 425 | 85.00 |
| 9/26/17 | Review Paperwork, Review and annotate Medical Records | 3.4 | 425 | 1,445.00 |
| 9/26/17 | review and edit letter re: OGA and Resisting | 4.5 | 425 | 1,912.50 |
| 9/27/17 | review depositions Pasnykov, Dieugenie, prep for examinations | 7.4 | 425 | 3,145.00 |
| 9/28/17 | Prepare Opening, plan closing | 6.1 | 425 | 2,592.50 |
| 9/28/17 | Prepare for cross examinations, review cross reference depostions, police p | 4.2 | 425 | 1,785.00 |
| 9/29/17 | Prepare summation | 3.1 | 425 | 1,317.50 |
| 9/29/17 | Review Paperwork, depositions | 3.1 | 425 | 1,317.50 |

| Date | Activity | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/30/17 | Meet with Drei, Discuss strategy, direct Cooper | 1.4 | 425 | 595.00 |
| 10/1/17 | Review Paperwork, Medical Records, research drugs and definitions | 3.1 | 425 | 1,317.50 |
| 10/1/17 | Preparing Kosterkin's Direct | 5.1 | 425 | 2,167.50 |
| 10/1/17 | Meet with Kosterkin | 2.4 | 425 | 1,020.00 |
| 10/1/17 | Review Exhibits | 2.2 | 425 | 935.00 |
| 10/2/17 | Write Notes and Practice Opening | 1.8 | 425 | 765.00 |
| 10/2/17 | Travel to Court | 0.5 | 425 | 212.50 |
| 10/2/17 | trial | 6 | 425 | 2,550.00 |
| 10/2/17 | travel back from court | 0.5 | 212.5 | 106.25 |
| 10/2/17 | Review File | 1.1 | 425 | 467.50 |
| 10/2/17 | Prepare for Brofsky's Cross | 2.1 | 425 | 892.50 |
| 10/2/17 | Prepare Summation | 2.6 | 425 | 1,105.00 |
| 10/3/17 | Prepare for Irina Kosterkin's Direct | 4.1 | 425 | 1,742.50 |
| 10/3/17 | Travel to Court | 0.5 | 212.5 | 106.25 |
| 10/3/17 | trial | 7 | 425 | 2,975.00 |
| 10/3/17 | Travel Back from Court | 0.5 | 212.5 | 106.25 |
| 10/3/17 | Research Jury Charge | 3.1 | 425 | 1,317.50 |
| 10/3/17 | Phone with Michael Lumer re: Jury Charge and QI | 0.6 | 425 | 255.00 |
| 10/4/17 | Travel to Court | 0.5 | 212.5 | 106.25 |
| 10/4/17 | trial | 8 | 425 | 3,400.00 |
| 10/4/17 | travel back from court | 0.5 | 212.5 | 106.25 |
| 10/4/17 | Research Qualified Immunity and Special Verdict Sheet | 4.1 | 425 | 1,742.50 |
| 10/5/17 | Travel to Court | 0.5 | 425 | 212.50 |
| 10/5/17 | Trial | 4 | 212.5 | 850.00 |
| 10/5/17 | Travel from Court | 0.5 | 425 | 212.50 |
| 10/5/17 | Research Case Law - Judgments | 0.6 | 425 | 255.00 |
| | | 309.9 | 425 | 129,688.75 |
| | Preparing Motion for Fees | | | |
| 12/14/17 | Research casess upporting hourly Rate, lodestar | 1.3 | 425 | 552.50 |
| 12/15/17 | Motion for Fees, argument | 4 | 425 | 1,700.00 |
| 12/17/17 | Motion for Fees, argument | 3 | 425 | 1,275.00 |
| 12/21/17 | Motion for Fees, argument | 2 | 425 | 850.00 |
| 12/22/17 | Prepare affadavit and Declaration in support | 3.6 | 425 | 1,530.00 |
| 12/23/17 | Draft and Revise | 1.1 | 425 | 467.50 |
| 12/26/17 | Draft and Revise; conduct legal research; review, edit, amd finalize fee moti | 5.9 | 425 | 2,507.50 |
| | | 20.9 | 425 | 8,882.50 |
| | Grand Total | | | 138,571.25 |