**Cooper v. Dieugenia, et al., No. 14 Civ. 6136 (PKC) (RLM) (EDNY)**

Billing Statement
Law Office of Ryan Lozar, Esq.
305 Broadway, 10th Floor
New York, NY 10007
(310) 867-1562
ryanlozar@gmail.com

| DATE | DESCRIPTION OF WORK | HOURS | FEES |
|---|---|---|---|
| 10/22/15 | Plaintiff deposition preparation, incl. read pleadings, discovery to date | 1.8 | $720.00 |
| 10/23/15 | Pasnykov deposition preparation | 0.8 | $100.00 |
| 10/23/15 | Plaintiff deposition | 1.4 | $560.00 |
| 10/23/15 | Pasnykov deposition | 0.7 | $280.00 |
| 10/23/15 | confer with co-counsel after party depositions | | |
| 12/15/15 | begin Dieugenia deposition prep and outline w/rm | 2.4 | $960.00 |
| 12/16/15 | Dieugenia deposition prep, outline w/RM | 2.1 | $840.00 |
| 12/18/15 | take Dieugenia deposition | 1.5 | $600.00 |
| 12/18/15 | confer with co-counsel re: Dieugenia deposition | | |
| 3/17/16 | read Ds' motion for PMC, perform research for and edit P's PMC response | 2.1 | $840.00 |
| 6/14/16 | review Ds' SJM, research | 2.1 | $840.00 |
| 6/15/16 | review and confer with co-counsel re SJM opposition draft | 1.6 | $640.00 |
| 6/17/16 | final conference and edits re SJM opposition | 0.4 | $160.00 |
| 2/28/17 | read court's sjm decision and order, confer with co-counsel | 2.1 | $840.00 |
| 9/14/17 | various pretrial documents, confer with co-counsel | | |
| 9/15/17 | various pretrial documents, confer with co-counsel | | |
| 9/25/17 | research new false arrest issues re resisting arrest, intent, 3d person, Adickes, annotated statute | 2.1 | $840.00 |
| 10/3/17 | research re verdicts, special interrogatories, unanimity, FRCP 49 | 2.4 | $960.00 |
| 10/5/17 | attend instructions re special interrogatories | 4.0 | $1,600.00 |
| 10/5/17 | travel to and from EDNY | 0.8 | $160.00 |
| 10/5/17 | discuss with co-counsel entry of judgment and party substitution issue | | |
| 10/5/17 | research FRCP 58, timeline for judgment entry, viability of post-verdict party substitution | 0.4 | $160.00 |
| | | Total Fees | $11,100.00 |