Case 1:14-cv-06136-PKC-RLM   Document 83-5   Filed 12/26/17   Page 1 of 8 PageID #: 693

Law Office of Robert Marinelli Re: Drei Munar
305 Broadway, Suite 1001
New York, N.Y. 10007
Time Records for Nateefah Cooper v. City of New

Table 1

| Item Date | Description | Timekeep | Qty | Rate | Total |
|-----------|-------------|----------|-----|------|-------|
| 6/7/2016 | review and annotate defendant's summary judgment motion and 56.1 statement | Drei Munar | 3.4 | $300 | $1020 |
| 6/7/2016 | review case with R. Marinelli | Drei Munar | 1 | $300 | $300.00 |
| 6/7/2016 | research re park rules and warrantless arrests for minor criminal offenses | Drei Munar | 3.6 | $300 | $1080 |
| 6/7/2016 | research re timing of probable cause expiring where criminal defendant not initially arrested | Drei Munar | 0.7 | $300 | $210 |
| 6/8/2016 | research re timing of probable cause expiring where criminal defendant not initially arrested | Drei Munar | 2 | $300 | $600.0 |
| 6/8/2016 | research re park rules and warrantless arrests for minor criminal offenses | Drei Munar | 5.1 | $300 | $1530 |
| 6/8/2016 | draft summary judgment motion | Drei Munar | 3.4 | $300 | $1020 |
| 6/8/2016 | research re summary judgment and disorderly conduct, OGA, resisting arrest | Drei Munar | 2 | $300 | $600.0 |

1

| 6/9/2016 | research re summary judgment and disorderly conduct, OGA, resisting arrest | Drei Munar | 6.4 | $300 | $1920 |
| 6/9/2016 | draft summary judgment motion | Drei Munar | 4.3 | $300 | $1290 |
| 6/10/2016 | research re fabricated evidence and false testimony | Drei Munar | 5 | $300 | $1500.0 |
| 6/10/2016 | draft summary judgment motion | Drei Munar | 3 | $300 | $900 |
| 6/11/2016 | research re qualified immunity | Drei Munar | 3 | $300 | $900 |
| 6/12/2016 | review case with R. Marinelli | Drei Munar | 1.2 | $300 | $360 |
| 6/12/2016 | draft summary judgment motion | Drei Munar | 4 | $300 | $1200 |
| 6/13/2016 | review depositions and draft 56.1 statement | Drei Munar | 6 | $300 | $1800 |
| 6/14/2016 | review case with R. Marinelli | Drei Munar | 0.5 | $300 | $150 |
| 6/14/2016 | revise and proof summary judgment motion | Drei Munar | 4 | $300 | $1200.0 |
| 6/14/2016 | research re qualified immunity | Drei Munar | 3.6 | $300 | $1080 |
| 6/15/2016 | draft affidavit and prepare summary judgment exhibits | Drei Munar | 3.4 | $300 | $1020 |
| 6/15/2016 | revise and proof summary judgment motion | Drei Munar | 6 | $300 | $1800.0 |
| 6/16/2016 | review case with R. Marinelli | Drei Munar | 0.5 | $300 | $150 |
| 6/16/2016 | revise and proof summary judgment motion | Drei Munar | 3.9 | $300 | $1170 |

| | | | | | |
|---|---|---|---|---|---|
| 6/17/2016 | revise and proof summary judgment motion | Drei Munar | 6.4 | $300 | $1920 |
| 6/18/2016 | review case with R. Marinelli | Drei Munar | 0.5 | $300 | $150 |
| 6/18/2016 | revise and proof summary judgment motion | Drei Munar | 5.8 | $300 | $1740 |
| 6/19/2016 | review case with R. Marinelli | Drei Munar | 0.5 | $300 | $150 |
| 6/19/2016 | revise and proof summary judgment motion | Drei Munar | 3.6 | $300 | $1080 |
| 3/31/2017 | review depositions and draft JPTO | Drei Munar | 5 | $300 | $1500.0 |
| 4/5/2017 | revise JPTO | Drei Munar | 2 | $300 | $600.0 |
| 9/25/2017 | research re official function | Drei Munar | 2.5 | $300 | $750 |
| 9/25/2017 | research re resisting third-party arrest | Drei Munar | 3 | $300 | $900.0 |
| 9/26/2017 | research re resisting third-party arrest | Drei Munar | 2 | $300 | $600.0 |
| 9/26/2017 | draft letter re court conference | Drei Munar | 2 | $300 | $600 |
| 9/27/2017 | review depositions | Drei Munar | 7 | $300 | $2100.0 |
| 9/27/2017 | draft and revise direct examination outline | Drei Munar | 4.7 | $300 | $1410 |
| 9/29/2017 | prepare for direct examination | Drei Munar | 3.5 | $300 | $1050 |
| 9/30/2017 | phone call with Natifah Cooper | Drei Munar | 0.4 | $300 | $120 |
| 10/1/2017 | meeting with Natifah Cooper | Drei Munar | 2 | $300 | $600.0 |
| 10/1/2017 | prepare exhibits | Drei Munar | 4 | $300 | $1200 |
| 10/1/2017 | review defendant letters and motions | Drei Munar | 3.3 | $300 | $990 |
| 10/2/2017 | travel to and from court | Drei Munar | 1 | $150 | $150.00 |
| 10/2/2017 | trial | Drei Munar | 6 | $300 | $1800.0 |

| 10/2/2017 | prepare for direct examination | Drei Munar | 2 | $300 | $600 |
|---|---|---|---|---|---|
| 10/3/2017 | travel to and from court | Drei Munar | 1 | $150 | $150.00 |
| 10/3/2017 | trial | Drei Munar | 7 | $300 | $2100.0 |
| 10/3/2017 | research for jury charge | Drei Munar | 4 | $300 | $1200 |
| 10/4/2017 | travel to and from court | Drei Munar | 1 | $150 | $150.00 |
| 10/4/2017 | trial | Drei Munar | 8 | $300 | $2400.0 |
| 10/4/2017 | research for special verdict sheet | Drei Munar | 3 | $300 | $900 |
| 10/5/2017 | travel to and from court | Drei Munar | 1 | $150 | $150.00 |
| 10/5/2017 | trial | Drei Munar | 4 | $300 | $1200.0 |
| 12/23/17 | Edit Motion for Fees | Drei Munar | 1.3 | $300 | $390.0 |
| | | | | | |
| | | | 173.5 | | 51450.0 |

4

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |