| | **Cooper v. Dieugenia, et al., No. 14 Civ. 6136 (PKC) (RLM) (EDNY)** | | | |
|---|---|---|---|---|
| | Billing Statement | | | |
| | Law Office of Ryan Lozar, Esq. | | | |
| | 305 Broadway, 10th Floor | | | |
| | New York, NY 10007 | | | |
| | (310) 867-1562 | | | |
| | ryanlozar@gmail.com | | | |
| | | | | |
| DATE | DESCRIPTION OF WORK | HOURS | FEES | |
| | | | | |
| 12/15/15 | prepare for Dieugenia deposition through discovery review and examination outline | 2.4 | $960.00 | |
| 12/18/15 | take Dieugenia deposition | 1.5 | $600.00 | |
| 9/25/17 | research new false arrest issues re resisting arrest, intent, 3d person, Adickes, annotated statute | 1.1 | $440.00 | |
| 10/3/17 | research re verdicts, special interrogatories, unanimity, FRCP 49, discuss with co-counsel | 1.1 | $440.00 | |
| 10/5/17 | discuss entry of judgment and party substitution issues with co-counsel | 0.2 | $80.00 | |
| 10/5/17 | research FRCP 58, timeline for judgment entry, viability of post-verdict party substitution | 0.4 | $160.00 | |
| | | | | |
| | | **Total Fees** | **$2,680.00** | |
| | | | | |
| | | | | |
| Motion for Fees | Prepare Declaration for fee motion | 2.0 | $800.00 | |
| | | | | |
| | Total Fees prior to and Post Fee motion | | **$3,480.00** | |