UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NATIFAH COOPER,

          Plaintiff,

    v.

Police Officer PAUL DIEUGENIA, Shield No. 13223,

          Defendant.
-------------------------------------------------------- X

**SPECIAL VERDICT SHEET**
14-CV-6136 (PKC)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 05 2017 ★
BROOKLYN OFFICE

Do you find by a preponderance of the evidence that:

1. Defendant Dieugenia reasonably believed that Plaintiff pushed him?

    YES _____   NO ✓_____

2. Defendant Dieugenia reasonably believed that Plaintiff waved her arms, or attempted to physically block Officer Pasynkov's path during the arrest of Alexander Kosterkin?

    YES _____   NO ✓_____

3. Defendant Dieugenia reasonably believed that a crowd formed around the time of the encounter with Plaintiff and Alexander Kosterkin?

    YES _____   NO ✓_____

4. Defendant Dieugenia reasonably believed that Plaintiff's dog was acting in a menacing manner toward Defendant Dieugenia or Officer Pasynkov?

    YES ✓_____   NO _____

5. Defendant Dieugenia reasonably believed Plaintiff's dog bit him?

    YES _____   NO ✓_____



COURT'S EXHIBIT NO. 8
IDENTIFICATION/EVIDENCE
DKT.# 14cv6136
DATE: 10/4/17

6. Defendant Dieugenia reasonably feared being injured by Plaintiff's dog?

    YES  ✓   NO _____

7. Defendant Dieugenia reasonably believed that Plaintiff was engaging in violent, tumultuous, or threatening behavior?

    YES _____   NO  ✓

8. Defendant Dieugenia reasonably believed that Plaintiff was making unreasonable noise during the encounter with Defendant Dieugenia or Officer Pasynkov?

    YES  ✓   NO _____

9. Defendant Dieugenia intentionally or recklessly pushed Plaintiff onto the ground?

    YES  ✓   NO _____

10. Defendant Dieugenia intentionally or recklessly threw Plaintiff onto the ground?

    YES _____   NO  ✓

11. Defendant Dieugenia intentionally or recklessly punched Plaintiff on the side of her face?

    YES _____   NO  ✓

12. Defendant Dieugenia intentionally or recklessly pushed Plaintiff's face into the dirt?

    YES  ✓   NO _____

13. Defendant Dieugenia intentionally or recklessly dug his knee into Plaintiff's back while she was on the ground?

    YES  ✓   NO _____

14. Defendant Dieugenia intentionally or recklessly handcuffed Plaintiff too tightly?

    YES _____   NO  ✓

-2-

15. Defendant Dieugenia reasonably believed that Plaintiff refused to put her arms behind her back before she was on the ground?

    YES _____    NO ✓

16. Defendant Dieugenia reasonably believed that Plaintiff resisted being handcuffed while she was on the ground?

    YES _____    NO ✓

17. Defendant Dieugenia reasonably believed that Plaintiff tried to get to Alexander Kosterkin while he was being arrested?

    YES _____    NO ✓

18. Defendant Dieugenia reasonably believed that Plaintiff tried to take Alexander Kosterkin's phone?

    YES ✓⊘    NO _____

19. Defendant Dieugenia reasonably believed that Plaintiff did not have permission to take Alexander Kosterkin's phone?

    YES ✓    NO ⊘

Dated: __10/5__, 2017

_____
FOREPERSON