UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

NATIFAH COOPER,

                            Plaintiff,

      -against-

PAUL DiEUGENIA,

                            Defendant.

-------------------------------------------------------------------x

**MOTION FOR RECONSIDERATION**

14-CV-6136 (PKC) (RLM)

       **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant's Motion for Reconsideration, dated May 18, 2018; and upon all prior pleadings and proceedings had herein, that defendant Paul DiEugenia hereby moves this Court before the Honorable Pamela K. Chen, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, to reconsider a portion of the Court's May 7, 2018 Order and reduce plaintiff's award of attorney's fees and costs together with such other relief as this Court deems just proper.

Dated:     New York, New York
             May 18, 2018

                                         ZACHARY W. CARTER
                                         Corporation Counsel of the City of New York
                                         *Attorney for Defendant DiEugenia*
                                         100 Church Street
                                         New York, New York 10007
                                         (212) 356-2617

                                         By:     /s/ Nicholas Manningham

                                         Nicholas Manningham
                                         *Assistant Corporation Counsel*

cc:     <u>VIA ECF</u>
        Robert Marinelli, Esq.
        *Plaintiff's Counsel*